UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES SMALL BUSINESS ADMINISTRATION<br><br>Plaintiff<br><br>v.<br><br>HIAMIL RIVERA CABRERA<br><br>Defendant | Civil No.<br><br>Re:<br>Collection of Money |

**COMPLAINT**

TO THE HONORABLE COURT:

COMES NOW the United States Small Business Administration (SBA), through the undersigned attorney, who respectfully alleges and prays:

1. Jurisdiction of this action is conferred on this Court by Section 5(b)(1) of the Small Business Act, 15 U.S.C. Sec. 634(b)(1), which grants the authority to SBA to sue in any United States District Court without regard of the amount in controversy.
2. On November 20, 2018, the defendant subscribed a promissory note for $152,100.00, with annual interest of 1.750%. *Exhibit 1*.
3. On the same date, the defendant also subscribed a *Loan Authorization and Agreement*, as part of the above-mentioned transaction. *Exhibit 2.*
4. On June 12, 2019, the loan in reference was decreased to the amount of **$25,000.00**, through an amendment to the *Loan Authorization and Agreement*. This was the official amount granted to the defendant. *Exhibit 3*.
5. The defendant failed to comply with the terms of the loan, including its monthly payments. Thus, the SBA declared the indebtedness due and payable with the following amounts,

valid through March 18, 2025 (*Exhibit 3*):

| | |
|---|---|
| -Principal: | $24,628.00 |
| -Interest: | 2,728.09 |
| -Administrative Fees: | 9,870.76 |
| Total: | **$37,226.85** |

6. The indebtedness will continue increasing until its payment in full.

WHEREFORE, the plaintiff demands judgment, ordering the defendant party to pay unto plaintiff the amounts claimed in this complaint, plus costs and attorney fees.

In San Juan, Puerto Rico, this 24th day of March 2026.

/s/ Juan Carlos Fortuño Fas
JUAN CARLOS FORTUÑO FAS
USDCPR 211913
FORTUÑO & FORTUÑO FAS, C.S.P.
P.O. BOX 3908
SAN JUAN, PR 00970
TEL. 787-751-5290
FAX. 787-751-6155
Email: dcfilings@fortuno-law.com

Jvm/1521.448